IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01123-ZLW

STANLEY L. WADE,

    Applicant,

v.

RON WILEY, Warden, F.P.C. [Federal Prison Camp], Florence,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 01 2008

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

This matter is before the Court on the motion titled "Motion Pursuant to Fed. R. Civ. P. 59(e) to Amend – Alter Judgment" submitted to and filed with the Court *pro se* on September 18, 2008, by Applicant, Stanley L. Wade. Mr. Wade is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Prison Camp in Florence, Colorado. He seeks reconsideration of the Order of Dismissal and Judgment filed on September 12, 2008, denying his application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court must construe the motion to reconsider liberally because Mr. Wade is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

The Court denied the application and dismissed the action without prejudice for failure to exhaust BOP administrative remedies. The reasons for the dismissal are explained in detail in the Order of Dismissal filed on September 12, 2008.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A postjudgment motion filed within ten days of a final judgment should be construed as a Rule 59(e) motion. *Id.*; *see also Dalton v. First Interstate Bank*, 863 F.2d 702, 703 (10th Cir. 1988). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *Van Skiver*, 952 F.2d at 1243.

Final decisions are those that end the litigation on the merits and leave nothing for the district court to do except execute the judgment. *Van Cauwenberghe v. Biard*, 486 U.S. 517, 521-22 (1988); *In re Durability, Inc.*, 893 F.2d 264, 265 (10th Cir. 1990). The September 12, 2008, Order of Dismissal and Judgment denied the application and dismissed the action without prejudice. The instant motion to reconsider was filed on September 18, 2008. Applicant filed the motion to reconsider within ten days of the final judgment in the instant action. *See* Fed. R. Civ. P. 6(a). The motion to reconsider properly is filed as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).

A motion to alter or amend that reiterates issues originally raised in the application and that seeks to challenge the legal correctness of the court's judgment by arguing that the district court misapplied the law or misunderstood the litigant's position correctly is asserted pursuant to Fed. R. Civ. P. 59(e). *See Van Skiver*, 952 F.2d at

2

1244. Upon consideration of the motion to reconsider and the entire file, the Court finds and concludes that Mr. Wade fails to demonstrate some reason why the Court should alter or amend the September 12, 2008, Order of Dismissal and Judgment in this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion Pursuant to Fed. R. Civ. P. 59(e) to Amend – Alter Judgment" submitted to and filed with the Court *pro se* on September 18, 2008, by Applicant, Stanley L, Wade, is denied.

DATED at Denver, Colorado, this __1__ day of _____Oct._____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01123-BNB

Stanley L. Wade
Reg. No. 02662-081
FPC - Florence
PO Box 5000
Florence, CO 81226

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 1 2008

GREGORY C. LANGHAM
CLERK

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/1/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk